E-FILED
Wednesday, 14 June, 2006  04:08:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUN 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

In the Matter of the Tax Indebtedness
of Robert and Joyce Donohue

Civil [Misc.] No. 06-MC-2020

### DECLARATION IN SUPPORT OF PETITION FOR JUDICIAL APPROVAL OF LEVY UPON PRINCIPAL RESIDENCE

I, Richard Bressler, pursuant to the provisions of 28 U.S.C. Section 1746 and in support of the United States' Petition for Judicial Approval of Levy Upon Principal Residence, declare that:

1. I am a duly commissioned Revenue Officer of the Collection Division of the Internal Revenue Service, with a post of duty in Champaign, Illinois.

2. In my capacity as a Revenue Officer, I am assigned to collect the unpaid federal income tax liabilities of Robert and Joyce Donohue for the years ending December 31, 1997 and 1998.

3. The property upon which the Internal Revenue Service desires to levy ("Property") is located at 622 Belmont, Watseka, Illinois.

4. I have examined the records of the Iroquois County, Illinois Recorder of Deeds. Those records reflect that Joyce Donohue owns the Property. Those records indicate that the property is still titled in the name of Joyce Avery; however, I have determined that Joyce Donohue was once known as Joyce Avery. Death records indicate that Joyce Donohue's prior husband, Gerald Avery, died in 1982. Gerald Avery's death certificate shows his wife's name as Joyce Avery and her maiden name as Lockwood. Internal Revenue Service records list Joyce Donohue's previous last names as Lockwood, Avery, and Donohue, in that order. Joyce Donohue holds fee simple title to the property resulting from the death of her previous husband, Gerald Avery. Upon information and belief, the Property is the principal

residence (within the meaning of Section 121 of the Internal Revenue Code (26 U.S.C.)) of Robert and Joyce Donohue.

5. I have examined the records of the Internal Revenue Service, and those records reflect that on January 8, 2001, a delegate of the Secretary of the Treasury made an assessment against Robert and Joyce Donohue for unpaid federal income taxes, penalties, and interest for the years ending December 31, 1997 and 1998, in the amounts of $834,101.59 and $452,986.84, respectively, plus interest which continues to accrue from the date of assessment.

6. Notice of the assessment and demand for payment were duly given to the taxpayers. Despite notice and demand, the taxpayers have failed to pay the liabilities in full. As of March 1, 2006, Robert and Joyce Donohue remain indebted to the United States in the total amount of $1,846,779.49.

7. After taking into account payments, credits, and adjustments to the federal income tax assessments made against Robert and Joyce Donohue for the tax years ending December 31, 1997 and 1998, the balances owed as of March 1, 2006 are as follows:

| Year | Unpaid Assessed Balance | Interest and Penalties | Total Amount Owed | Lien Filed |
|---|---|---|---|---|
| 1997 | $860,251.94 | $285,850.17 | $1,146,102.11 | July 8, 2002 |
| 1998 | $540,611.84 | $160,065.54 | $700,677.38 | July 8, 2002 |
| Total | $1,400,863.78 | $445,915.71 | $1,846,779.49 | -- |

8. The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to a levy upon the property.

2

9. The Internal Revenue Service has attempted to satisfy these liabilities from assets other than the Property, and no reasonable alternative exists to satisfy the unpaid tax liabilities described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at CHAMPAIGN, FL., on the 7TH day of APRIL, 2006.

*Richard Bressler*
RICHARD BRESSLER
Revenue Officer
Internal Revenue Service
310 West Church Street
Champaign, IL 61820

3