E-FILED
Wednesday, 14 June, 2006  04:13:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JUN 1 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

In the Matter of the Tax Indebtedness
of Robert and Joyce Donohue

Civil [Misc.] No. 06-MC-2020

## NOTICE AND ORDER TO SHOW CAUSE

You, Robert Donohue and Joyce Donohue, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 622 Belmont, Watseka, Illinois ("Property") in order to sell your interest to satisfy part or all of your unpaid federal income tax liabilities for the taxable years ending December 31, 1997 and 1998 in the amounts of $1,146,102.11 and $700,677.38, respectively plus interest and penalties according to law.

This Court has examined the Petition of the United States and accompanying Declaration, and it is hereby ORDERED that you have 20 days from the date of this Order to file with the Clerk of the Court a written OBJECTION TO PETITION. Any written OBJECTION TO PETITION should demonstrate either that:

A. Your liabilities have been satisfied; OR

B. You have other assets from which the unpaid tax liabilities can be satisfied; OR

C. Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written OBJECTION TO PETITION with the Clerk of Court, then the Court will hold a hearing, at which you must appear, on __July 20__, 2006, at __11__ a.m./p.m., at the United States Courthouse, 201 South Vine Street, Urbana, Illinois 61802, in the courtroom of the undersigned, to consider your objections.

It is FURTHER ORDERED that, in addition to filing your OBJECTION TO PETITION with the Clerk of the Court, you must also mail a copy of your OBJECTION TO PETITION to the attorneys for the United States, Karen A. Smith, United States Department of Justice, Tax Division, Post Office Box 55, Ben Franklin Station, Washington, DC 20044 and Rodger A. Heaton, United States Attorney, Central District of Illinois, 201 South Vine Street, Suite 226, Urbana, Illinois 61801, on or before the filing date.

If you do not file an OBJECTION TO PETITION within 20 days of the date of this Order, or if you file an OBJECTION TO PETITION but fail to appear before the Court as instructed, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 622 Belmont, Watseka, Illinois.

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon ROBERT AND JOYCE DONOHUE within 5 days of the date of this Order, by the United States Marshal or any deputy U.S. Marshal, or any Revenue Officer of the Internal Revenue Service, by delivering a copy in hand to ROBERT and JOYCE DONOHUE or by leaving a copy at Robert and Joyce Donohue's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure.

Dated this 14th day of June, 2006.

s/Michael P. McCuskey
UNITED STATES DISTRICT JUDGE

[SEAL]

s/John M. Waters
CLERK

3