E-FILED
Monday, 19 June, 2006  08:42:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

In the Matter of the Tax Indebtedness )
of Robert and Joyce Donohue )   06 MC 2020

**FILED**
JUN 1 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CERTIFICATE OF SERVICE

I, the undersigned revenue officer with the Internal Revenue Service hereby certify that on this __16__ day of June, 2006, I personally served the above named taxpayers with two certified copies of the (1) Petition for Judicial Approval of Levy Upon Principal Residence, the (2) Declaration In Support of Petition for Judicial Approval of Levy Upon Principal Residence and the (3) Notice and Order to Show Cause entered in this cause on June 14, 2006 by personally handing same to taxpayer __Robert__ Donohue on behalf of that individual taxpayer and also on behalf of the other taxpayer, __Joyce__ Donohue at their residence at 622 Belmont, Watseka, Illinois on this __16__ day of June, 2006.

_____
Richard Bressler

_____
Barbara Schweger

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX ) | |
| INDEBTEDNESS OF ROBERT AND ) | Case No. 06-MC-2020 |
| JOYCE DONOHUE ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Central District of Illinois and is a person of such age and discretion as to be competent to serve papers.

That on the 19th day of June 2006, he served a copy of the Certificate of Service by placing a copy in an envelope with postage prepaid addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Urbana, Illinois.

Addressee:

Robert Donohue
622 Belmont
Watseka, IL 60970

Joyce Donohue
622 Belmont
Watseka, IL 60970

_[signature]_