E-FILED
Wednesday, 05 July, 2006   04:33:59 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__CENTRAL__   DISTRICT OF   __OF ILLINOIS__

United States of America,
Plaintiff,

v.

Robert Donohue and Joyce Donohue,
Defendants.

**APPEARANCE**

Case Number: 2:06-mc-02020-MPM-DGB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert Donohue and Joyce Donohue.

I certify that I am admitted to practice in this court.

7/5/06
Date

Signature

ROBERT A. JONES   9078589
Print Name   Bar Number

1061 East Flamingo Road, Suite #7
Address

Las Vegas   NV   89119
City   State   Zip Code

(702) 791-0742   (702) 736-0773
Phone Number   Fax Number