E-FILED
Monday, 17 July, 2006 07:34:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert Donohue and Joyce Donohue,<br><br>Defendants. | Case No. 2:06-mc-02020-MPM-DGB |

## MOTION TO VACATE AND CONTINUE HEARING DATE AND TIME

Defendants, Robert Donohue and Joyce Donohue, by and through their counsel of record, Robert A. Jones, hereby moves this Honorable to vacate the hearing date and time of hearing on Government's Petition and Order to Show Cause currently set on July 20, 2006, at 11: 00 a.m., and re-schedule to the last week of August, 2006, or as the Court docket may permit. The grounds for this motion are as follows:

1. This proceeding arises out of the Petition for Judicial Approval of Levy Upon Principal Residence filed by the government of June 14, 2006.

2. An Order to Show Cause was entered and is currently set to be heard on July 20, 2006, at 11:00 a.m., at the United states Courthouse, 201 South Vine Street, Urbana, Illinois

3. Defendants' counsel has caused his Entry of Appearance filed on July 5, 2006.

4. The Petition, Notice and Order to Show Cause was served upon Defendants on or about June 16, 2006.

5. Defendants' Response to Petition was filed on July 7, 2006. Unbeknownst to the Court, before the Petition in the instant case was filed, Defendants, by and through their counsel,

R. Alan Jones. has been in negotiation for settlement with the Las Vegas Office of Chief Counsel with respect to all of Defendants' outstanding tax periods for tax years 1997, 1998, 1999, 2000, 2001, and 2002 in preparation for offer in compromise.

6. On July 17, 2006, a telephone conference was held today between Defendants' counsel, R. Alan Jones and government's counsel, Karen A. Smith of US DOJ and Assistant United Sates Attorney, David H. Hoff, and all the parties agreed that this matter may be continued to a telephone status conference on August 31, 2006 at 1:30 pm.

**WHEREFORE**, based upon all of the foregoing, Defendants and the government, respectfully request this Honorable Court to grant this Motion and vacate the currently set Order to Show Cause hearing of July 20, 2006, and conduct the proposed status conference on August 31, 2006, at 1:30 p.m. (CST), or as the Court docket may permit.

Dated this 17th day of July, 2006.

Respectfully submitted,

*//ss// Robert A. Jones*
Robert A. Jones
RAJ Limited, PC
1061 East Flamingo Road, Suite #7
Las Vegas, NV 89119
Telephone:(702) 791-0742
Facsimile: (702) 736-0773
Email: RAJLV@aol.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of July 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to interested parties. And, I hereby certify that I have sent via email and mailed by United States Postal Service the document to the following non CM/ECF participants:

Karen A, Smith
Trial Attorney United States Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
karen.a.smith@usdoj.gov


By:/ss// *Isolde Parr*
Employee of R. Alan Jones