IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-MC-02020 |
| ROBERT AND JOYCE DONOHUE, | ) ) ) |
| Defendants. | ) ) |

## AGREED ORDER

The United States, by its undersigned counsel, and the defendants, Robert and Joyce Donohue, by their undersigned counsel, hereby AGREE:

1. That the defendants, Robert and Joyce Donohue, shall have 90 days to produce all relevant documents to the Internal Revenue Service to substantiate the deductions they claim they should be allowed to take as ordinary and necessary business expenses on their 1997 and 1998 tax returns.

2. That the defendants, Robert and Joyce Donohue, shall have 90 days to submit any other information necessary to substantiate any other deductions, items that should not have been included in income, or any other item they claim was disallowed so as to cause their 1997 and 1998 tax liability to be overstated as determined by the Internal Revenue Service.

3. That the defendants, Robert and Joyce Donohue, shall have 90 days to request audit reconsideration from the Internal Revenue Service for the 1997 and 1998 tax years.

4. That if the defendants, Robert and Joyce Donohue, do not produce the relevant documentation and do not request audit reconsideration within 90 days (or by another time agreed to in writing by counsel for the United States), the Internal Revenue Service may enforce its levy upon Robert and Joyce Donohue's interest in the property located at 622 Belmont, Watseka, Illinois to satisfy part or all of their unpaid tax liabilities for the taxable years ending December 31, 1997 and 1998, without further need of Court approval.

5. Nothing in this Order shall be construed to alter the provisions of 26 U.S.C. § 6331(k), which prohibits the enforcement of the levy during any time in which an Offer in Compromise made pursuant to 26 U.S.C. § 7122 is pending.

**FOR THE DEFENDANTS:**

s/Robert Alan Jones
ROBERT ALAN JONES
R.A.J. Limited, P.C.
1061 East Flamingo Road
Suite #7
Las Vegas, NV  89119
Phone: (702) 791-0742
Fax: (702) 736-0773
Email: rajltd@aol.com

**FOR THE UNITED STATES:**

s/Karen A. Smith
KAREN A. SMITH
 Trial Attorney, Tax Division
United States Department of Justice Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-6403
Fax: (202) 514-5238
Email: Karen.A.Smith@usdoj.gov

**SO ORDERED.**

This case is terminated.

DATED: September 22, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE